THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Terrance White,       
Appellant,
 
 
 

Appeal From Charleston County
Daniel F. Pieper, Circuit Court Judge

Unpublished Opinion No. 2003-UP-651
Submitted August 20, 2003  Filed November 
 6, 2003   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of 
 Columbia; for Appellant.
Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney 
 General Charles H. Richardson, of Columbia; Solicitor Druanne D. White, of Anderson; 
 for Respondent.
 
 
 

PER CURIAM:  Terrance White appeals his 
 conviction of possession of cocaine, arguing the trial judge erred in denying 
 his motion for directed verdict.  Whites counsel attached to the brief a petition 
 to be relieved as counsel, stating that she had reviewed the record and concluded 
 this appeal lacks merit.  After a thorough review of the record and counsels 
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] Whites appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.